**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Henry MOORE, Jr.,**
**Defendant–Appellant.**

No. 08–7015.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 9, 2009.

Decided: Feb. 13, 2009.

William Henry Moore, Jr., Appellant Pro Se. Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Moore, Jr., appeals the district court's order denying Moore's 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore*, No. 4:00–cr–00016–JBF–2 (E.D.Va. Apr. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*